The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. BUND II, personally, as Executor of the Estate of Richard C. Bund, deceased, MANDY HANOUSEK and GARETT HANOUSEK, a married couple, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEGUARD PROPERTIES, LLC, a Delaware corporation,<br><br>    Defendant. | NO. 2:16-cv-920-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

THIS MATTER having come on duly and regularly before the undersigned Judge, in the above-entitled Court, on Plaintiff's Motion to Modify Scheduling Order and for Leave to File Third Amended Complaint, and the Court having reviewed the materials submitted in support of and in opposition to the Motion, together with the files and records herein, and being fully informed in the premises, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Modify the Scheduling Order and Motion for Leave to File Third Amended Complaint are GRANTED. Plaintiff must file its Third Amended Complaint within ten (10) ~~fourteen (14)~~ days of the entry

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO MODIFY SCHEDULING ORDER AND FILE THIRD
AMENDED COMPLAINT
(2:16-cv-920-JLR)
Page 1
40U8754

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

of this Order.

Dated this 18th day of June, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE JAMES L. ROBART

Presented by:

s/CLAY M. GATENS
CLAY M. GATENS, WSBA No. 34102
SALLY F. WHITE, WSBA No. 49457
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA  98807-1688
Telephone:  509-662-3685
Fax:  509-662-2452
Email: ClayG@jdsalaw.com
        SallyW@jdsalaw.com
Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO MODIFY SCHEDULING ORDER AND FILE THIRD AMENDED COMPLAINT
(2:16-cv-920-JLR)
Page 2
40U8754

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| PAMELA J. DEVET | pjd@leesmart.com |
| MARC J. ROSENBERG | mr@leesmart.com |
| CLAY M. GATENS | clayg@jdsalaw.com |
| SALLY F. WHITE | sallyw@jdsalaw.com |

DATED at Wenatchee, Washington this 25th day of May 2017.

By: s/CLAY M. GATENS
CLAY M. GATENS, WSBA No. 34102
SALLY F. WHITE, WSBA No. 49457
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA 98807-1688
Telephone: 509-662-3685
Fax: 509-662-2452
Email: ClayG@jdsalaw.com
    SallyW@jdsalaw.com
Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO MODIFY SCHEDULING ORDER AND FILE THIRD AMENDED COMPLAINT
(2:16-cv-920-JLR)
Page 3
40U8754

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX