UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, et al., | CASE NO. C16-0920JLR |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO SEAL |
| v. | |
| SAFEGUARD PROPERTIES, LLC, | |
| Defendant. | |

On July 5, 2017, the court granted the parties' stipulated motion to seal certain documents that are attached to the declaration of Clay M. Gatens and that Plaintiffs filed in conjunction with their motion for class certification. (7/5/17 Order (Dkt. # 89); *see also* Gatens Decl. (Dkt. # 87).) Presently before the court is the parties' second stipulated motion to seal additional documents that are attached to Mr. Gatens's declaration. (Stip. Mot. (Dkt. # 90).) Having reviewed the second stipulated motion to seal, the documents at issue, and the applicable law, the court grants the parties' second stipulated motion.

//

ORDER - 1

1  The parties ask the court to seal Exhibit 17, which is a portion of an agreement
2  between Defendant Safeguard Properties, LLC, ("Safeguard") and one of its vendors, as
3  well as Exhibit 26, which is a spreadsheet describing certain borrowers' loan histories.
4  (Stip. Mot. at 2.) Both of these documents contain proprietary business information
5  and/or trade secrets of Safeguard, and the court grants the parties' motion to seal these
6  documents.

7  The parties also ask the court to seal the portions of Exhibits 8, 10, 11, and 12 that
8  contain contact information, including the names, addresses, phone numbers, and email
9  addresses, of borrowers who are deemed to be in default on their loans. (*Id.*) The court
10 concludes that this information is sensitive consumer information in which the public has
11 little, if any, interest. Accordingly, the court grants the parties' motion to seal Exhibits 8,
12 10, 11, and 12 and to file redacted versions of these Exhibits.

13 Based on the foregoing conclusions, the court DIRECTS the Clerk to place docket
14 numbers 87-1 and 87-2 under seal.[1] Consistent with the court's rulings herein and the
15 court's prior order concerning the sealing of exhibits (*see* 7/5/17 Order), the court further
16 //
17 //
18 //
19 //
20 //
21 //

---

22 [1] Exhibits 17 and 26 are located within docket number 87-2 and Exhibits 8, 10, 11, and 12 are located within docket number 87-1.

1 | ORDERS Plaintiffs to file redacted versions of docket numbers 87-1 and 87-2 within

2 | seven (7) days of the filing of this order.

3 |     Dated this 14th day of July, 2017.

<br>

                                        JAMES L. ROBART
                                      United States District Judge