1

2

3

4                                                                    Hon. James L. Robart

5

6

7
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8  JOHN R. BUND II, personally, as Executor of
   the Estate of Richard C. Bund, deceased;
9  MANDY HANOUSEK and GARETT                         No. 2:16-cv-920-JLR
   HANOUSEK, a married couple, and on behalf
10 of others similarly situated,                      THIRD STIPULATED MOTION TO
                                                      SEAL AND ORDER
11          Plaintiff,
                                                      **NOTED FOR HEARING: August 4,**
12 vs.                                                **2017**

13 SAFEGUARD PROPERTIES, LLC, a
   Delaware corporation,
14
            Defendant.
15

16                              **I. INTRODUCTION**

17        The Court previously granted the parties' stipulated motions to seal certain documents

18 Plaintiffs filed in support of their motion for class certification.  Dkt. # 89, 92.  On August 4,

19 2017, Plaintiffs will file confidential documents with their reply brief.  The parties ask that the

20 Court seal them for the reasons in the two referenced Orders and as set forth below.

21                          **II. STATEMENT OF FACTS**

22        On Thursday, August 4, 2017, Plaintiffs' counsel alerted Defendant's counsel that

23 Plaintiffs intend to file documents designated confidential pursuant to the protective order's

24 enumerated category of defendant's policies and procedures.  *See* Dkt. No. 68, p. 2:3-8 (¶ 2),

25 p. 6:8-13 (¶ 5.3).

THIRD STIPULATED MOTION TO SEAL - 1
2:16-cv-920 JLR
6157384

**LEE·SMART**

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Plaintiffs will file the following as exhibits to the Supplemental Declaration of Clay M. Gatens in Support of Plaintiffs' Motion for Class Certification ("Supp. Gatens. Decl."):

- Exhibit H, "scorecard" report to one of Defendant's clients;
- Exhibit I, vendor scorecard policy; and
- Exhibit J, "heat maps," described as a geospatial representation of deficiencies in performance relative to work performed, normalized for volume.

The parties conferred pursuant to LCR 5(g)(1)(A) on Thursday, August 4, 2017, to discuss and to explore alternatives to filing documents under seal. Attorneys Devon Gray (for Plaintiffs) and Pamela DeVet (for Defendant) conferred via telephone. The parties certify the foregoing pursuant to LCR 5(g)(3)(A).

Plaintiffs do not challenge Defendant's confidentiality designations in connection with the documents they will file with the reply in support of their motion for class certification.

### III. ARGUMENT AND AUTHORITY

The parties incorporate by this reference the contents of the Stipulated Motion to Seal, Dkt. # 84, and Order Dkt. # 89, as if fully set forth herein. The same reasoning applies to the exhibits addressed in this follow-up motion, as augmented by the information in this brief.

Exhibit I is one of Defendant's policies and procedures, an enumerated category in the protective order. Dkt. # 68, p. 2 (¶ 2(1)(a)). Exhibits H and J are examples of the methods by which Safeguard tracks and handles its quality control measures, and how it reports these measures to its clients. These documents reveal proprietary business operations and trade secrets – the sort of information that courts regularly protect from public disclosure. Dkt. # 89, pp. 2-6.

These exhibits are trade secrets, because they contain "any 'formula, pattern, device or compilation of information which is used in [Defendant's] business, and which gives

THIRD STIPULATED MOTION TO SEAL - 2
2:16-cv-920 JLR
6157384

[Defendant] an opportunity to obtain an advantage over competitors who do not know or use it.'" *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569–70 (9th Cir. 2008) (quoting Restatement of Torts § 757, cmt. B). "Once [the material] is released to the public, [Defendant] will be irreparably damaged in a way not correctable on appeal." *Id. Accord*, Dkt. # 89, pp. 2-6 (additional cases cited therein). Defendant's interest in protecting its trade secrets and proprietary business practices outweighs the general public's interest in public filings and in understanding the judicial process.

The Court has good cause and compelling reasons to seal Exhibits H, I, and J to the Supplemental Gatens Declaration.

### IV. CONCLUSION

For the foregoing reasons, the parties jointly request that the Court grant the motion to seal the documents pursuant to the protective order and the requirements under the local rules.

THIRD STIPULATED MOTION TO SEAL - 3
2:16-cv-920 JLR
6157384

**LEE·SMART**

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

2

Respectfully submitted this 4th day of August, 2017.

3

                    LEE SMART, P.S., INC.

4

5

6

7

8

9

10

                    By:/s *Pamela J. DeVet*
                        Marc Rosenberg, WSBA No. 31034
                        Pamela J. DeVet, WSBA No. 32882
                        Of Attorneys for Defendant
                        Safeguard Properties Management, LLC
                        Lee Smart, P.S., Inc.
                        701 Pike Street, Suite 1800
                        Seattle, WA 98101
                        206-624-7990
                        mr@leesmart.com
                        pjd@leesmart.com

11

Respectfully submitted this 4th day of August, 2017.

12

                    JEFFERS, DANIELSON, SONN &
                    AYLWARD, P.S.

13

14

15

16

17

18

19

20

21

                    By: *s/Clay M. Gatens*
                        Clay M. Gatens, WSBA No. 34102
                        Sally F. White, WSBA No. 49457
                        Devon A. Gray, WSBA No. 51485
                        Jeffers, Danielson, Sonn & Aylward, P.S.
                        2600 Chester Kimm Road
                        P.O. Box 1688
                        Wenatchee, WA 98807-1688
                        Telephone: 509-662-3685
                        Fax: 509-662-2452
                        Email: ClayG@jdsalaw.com
                        SallyW@jdsalaw.com
                        DevonG@jdsalaw.com
                        Attorneys for Plaintiffs

22

23

24

25

THIRD STIPULATED MOTION TO SEAL - 4
2:16-cv-920 JLR
6157384

**LEE·SMART**

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

2

**ORDER OF THE COURT**

3
For the reasons set forth above and in Dkt. # 89, the Court grants the parties' Third

Stipulated Motion to Seal.

4

5
Dated this 4th day of August , 2017.

6

7
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THIRD STIPULATED MOTION TO SEAL - 5
2:16-cv-920 JLR
6157384

**LEE·SMART**

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on the date provided at the signature below, I electronically filed the

3    preceding document with the Clerk of the Court using the CM/ECF system, which will send

4    notification of such filing to the following individuals:

5                                    Mr. Clay Gatens
                                     Ms. Sally F. White
6                                    Ms. Devon A. Gray
                            Jeffers, Danielson, Sonn & Aylward, P.S.
7                                 2600 Chester Kimm Road
                                  Wenatchee, WA 98801-811
8                                    clayg@jdsalaw.com
9                                    leel@jdsalaw.com

10    I certify under penalty of perjury under the laws of the United States of America that the

11    foregoing is true and correct, to the best of my knowledge.

12

13    DATED this 4th day of August, 2017 at Seattle, Washington.

14                              LEE SMART, P.S., INC.

15

16    By:/s Pamela J. DeVet
                Marc Rosenberg, WSBA No. 31034
17              Pamela J. DeVet, WSBA No. 32882
                Of Attorneys for Defendant
18              Safeguard Properties Management, LLC
                Lee Smart, P.S., Inc.
19              701 Pike Street, Suite 1800
                Seattle, WA 98101
20              206-624-7990
                mr@leesmart.com
21              pjd@leesmart.com

22

23

24

25

THIRD STIPULATED MOTION TO SEAL - 6
2:16-cv-920 JLR
6157384

**LEE·SMART**

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944