# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, | CASE NO. C16-0920JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEGUARD PROPERTIES, LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court cancels the telephone conference scheduled for Tuesday, August 29, 2017, at 11:00 a.m. The court will notify the parties concerning rescheduling.

Filed and entered this 28th day of August, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1