UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, | CASE NO. C16-920 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

THIS MATTER, having come before the court on Defendant's Motion to Extend Time to Complete Expert Witness Report, the court having reviewed the records and materials on file, and the court being fully advised in the premises, it is now ORDERED that

1. Defendant's Motion to Extend Time to Complete Expert Witness Report is GRANTED.

2. Defendant is permitted until September 20, 2017 to prepare an expert witness report under FRCP 26(a)(2).

The clerk is ordered to provide copies of this order to all counsel.

Filed September 13, 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
