| | |
|---|---|
| JOHN R. BUND II, et al., | CASE NO. C16-920 MJP |
| Plaintiffs, | ORDER RE: STATUS CONFERENCE |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

On December 6, 2017, the Court held a status conference with representatives of the parties. Based on discussions with the parties, the Court issues the following orders:

- The Court will hear oral argument on Plaintiffs' motion for class certification (Dkt. No. 86) on **Thursday, January 4, 2018, 2 p.m.** Each side will be allotted 20 minutes to present its arguments.
- Within 10 days of oral argument, the Court will issue a ruling on the motion for class certification, Defendant's motion to strike materials from Plaintiffs' reply

1  brief (Dkt. No. 128), and Defendant's motion to dismiss claims for injunctive
2  relief (Dkt. No. 149).

- Defendant will be permitted to submit additional evidence and briefing on the pending motion for summary judgment of dismissal of the Hanousek claims. (Dkt. No. 119.)  The briefing schedule on this motion will be revised as follows: Defendant's additional briefing (not to exceed 8 pages) will be due by **December 15, 2017**; Plaintiff's responsive briefing (not to exceed 8 pages) will be due by **December 26, 2017**; and Defendant's reply brief (if necessary, and not to exceed 3 pages) will be due by **December 29, 2017**.

- The Court will suspend the existing deadlines on discovery motions and dispositive motions; a new case schedule will issue following the filing of an order on the pending motion for class certification.

- Defendant's motions for extension of discovery motion deadline (Dkt. No. 176) and for protective order (Dkt. No. 150) are stricken.  The parties are instead ordered to meet and confer following the filing of the order on class certification and determine what (if any) issues remain which require further discovery.  In the event that the parties cannot agree on the resolution of those issues, they are ordered to file a unified LCR 37 document outlining the issues remaining to be resolved.

- All future discovery motions are to be filed in the unified LCR 37 format.

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated: December 6, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge