UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAFEGUARD PROPERTIES LLC, <br><br> Defendant. | CASE NO. C16-920 MJP <br><br> ORDER RE: 12/6/17 STATUS CONFERENCE (CLARIFICATION) |

At the request of the parties, the Court issues this further order concerning the December 6, 2017 status conference for the purpose of clarifying the Court's instructions to the parties:

- As previously noted, the Court will hear oral argument on Plaintiffs' motion for class certification on **Thursday, January 4, 2018 at 2 p.m.** Within 10 court days of oral argument, the Court will issue a ruling on the motion for class certification, Defendant's motion to strike materials from Plaintiff's reply brief, and Defendant's motion to dismiss claims for injunctive relief. The Court also

intends at that time to issue a ruling on Defendant's motion for summary judgment requesting dismissal of the claims of the Hanousek plaintiffs.

- Discovery is suspended until the ruling on class certification.
- No further dispositive motions are to be filed until after the ruling on class certification and the other motions listed *supra*.
- Plaintiffs' motion to compel (Dkt. No. 146) is stricken along with Defendant's motions for extension of discovery motion deadline (Dkt. No. 176) and for protective order (Dkt. No. 150). Both Dkt. No. 146 and Dkt. No. 150 may be re-noted if necessary, consistent with the Court's order at Dkt. No. 181.
- Upon the resumption of discovery following the rulings listed *supra*, Plaintiffs will be permitted a single 30(b)(6) deposition for (1) topics not previously covered and (2) topics not eliminated by agreement of the parties.

The clerk is ordered to provide copies of this order to all counsel.

Dated: December 14, 2017.

Marsha J. Pechman
United States District Judge