UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, et al., | CASE NO. C16-920 MJP |
| Plaintiffs, | ORDER ON PENDING MOTIONS |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

On January 12, 2018, the Court entered a summary judgment order dismissing the Hanousek plaintiffs from this case (Dkt. No. 203) and an order partially granting Plaintiffs' motion for class certification (Dkt. No. 204).

There are two motions still pending in this matter:

1. Plaintiffs' Motion to Withdraw and/or Amend Deemed Admissions (Dkt. No. 167), and

2. Defendant's Motion for Leave to File Under LCR 7(e)(3) (Dkt. No. 184).

The above-noted rulings may impact the materiality of the still-pending motions. With that in mind,

IT IS ORDERED that the parties will meet and confer as to whether the motions at Dkt. No. 167 and Dkt. No. 184 are still necessary for the Court to rule upon; this meeting shall be held no later than January 22.

IT IS FURTHER ORDERED that, within two days following the meet and confer, the parties are to submit to the Court (1) an outline of the motions remaining to be filed in order for this case to be developed for trial and (2) a schedule of those motions.

If, following the meet and confer, the parties require a status conference with the Court, they may contact chambers.


The clerk is ordered to provide copies of this order to all counsel.

Dated January 16, 2018.

Marsha J. Pechman
United States District Judge