# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| JOHN R. BUND II, et al., | CASE NO. C16-920 MJP |
|---|---|
| Plaintiffs, | MINUTE ORDER RE: DKT. NO. 167 (MOTION TO WITHDRAW OR AMEND DEEMED ADMISSIONS) |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Per the parties' Joint Status Report (Dkt. No. 208), Plaintiffs have agreed to withdraw Plaintiffs' Motion to Withdraw or Amend Deemed Admissions. (Dkt. No. 167). Accordingly,

IT IS ORDERED that Plaintiffs' motion at Dkt. No. 167 is WITHDRAWN.

The clerk is ordered to provide copies of this order to all counsel.

Filed: January 30, 2018.

          William M. McCool
          Clerk of Court

          s/Paula McNabb
          Deputy Clerk