UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, | CASE NO. C16-920 MJP |
| Plaintiff, | ORDER RE: STATUS CONFERENCE (FEBRUARY 6, 2018) |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

On February 6, 2018, the parties met with the presiding judge to discuss the status of the case and how to best proceed forward following the certification of a class in this matter. The following orders were entered:

- Defendant will produce the following discovery to Plaintiffs on the following timeline: the list of requested names, dates, etc. by **February 13**; lock change fee information by **February 20**.

- Defendant will identify a 30(b)(6) deposition witness on the issue of scienter and turn over all discovery requested by Plaintiff but not yet produced on the issue of scienter.

- Within 60 days of the date of this order, the parties will file their cross-motions for summary judgment on the legal issues (the Court invites, but does not require, the parties to limit their briefing to opening briefs and responses from both sides).

- Defendant will provide Plaintiff with 10 sample property records files from the list of identified class members.

- The parties are to confer and file with the Court by **February 13** a revised case schedule which includes a new trial date and an indication of how long the trial is expected to take.

- Defendant's Request for Leave Under LCR 7(e)(3) (Dkt. No. 184) is STRICKEN as moot.

The clerk is ordered to provide copies of this order to all counsel.

Dated: February 6, 2018.

Marsha J. Pechman
United States District Judge