The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. BUND II, personally, as Executor of the Estate of Richard C. Bund, deceased, and CRYSTAL HAYNES, a single woman, and on behalf of others similarly situated, <br><br>Plaintiffs, <br><br>vs. <br><br>SAFEGUARD PROPERTIES, LLC, a Delaware corporation <br><br>Defendant. | NO. 2:16-cv-00920-MJP <br><br>STIPULATED MOTION REGARDING DISMISSAL OF CONVERSION CLAIMS OF PLAINTIFF JOHN R. BUND II <br><br>NOTE ON MOTION CALENDAR: February 1, 2018 |

## I. STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties stipulate that the conversion claims of Plaintiff John R. Bund II, personally, as Executor of the Estate of Richard C. Bund, deceased, be dismissed with prejudice from this action.

Fed. R. Civ. P. 41(a)(1)(ii) is subject to the added protections described in Fed. R. Civ. P. 23(e). Fed. R. Civ. P. 41(a)(1)(A). However, pursuant to this Court's Order on Class Certification, the certified class has no claim for conversion. Dkt. # 204 at p. 2 (describing the certified class as limited to individuals who suffered lock changes, and declining to certify

STIPULATED MOTION REGARDING DISMISSAL OF CONVERSION CLAIM OF PLAINTIFF JOHN BUND II ( 2:16-cv-00920-MJP) Page 1 of 5

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Plaintiffs' proposed sub-class seeking class-wide recovery for conversion); *see also id.* at p. 14. Therefore, the parties agree that the added protections described in Fed. R. Civ. P. 23(e) do not apply to this stipulated dismissal.

Respectfully submitted this 1st day of February, 2018.

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.

By: s/CLAY M. GATENS
    Clay M. Gatens, WSBA No. 34102
    Devon A. Gray, WSBA No. 51485
    2600 Chester Kimm Road
    P.O. Box 1688
    Wenatchee, WA  98807-1688
    Telephone:  509-662-3685
    Fax:  509-662-2452
    Email: ClayG@jdsalaw.com
    Email: DevonG@jdsalaw.com

Respectfully submitted this 1st day of February, 2018.

DAUDT LAW PLLC

By: s/MICHAEL D. DAUDT
    Michael D. Daudt, WSBA # 25690
    2200 Sixth Avenue, Suite 1250
    Seattle, WA 98121-1820
    Telephone:  (206) 445-7733
    Email: mike@daudtlaw.com
    Email: DevonG@jdsalaw.com

Attorneys for Plaintiff

STIPULATED MOTION REGARDING DISMISSAL OF
CONVERSION CLAIM OF PLAINTIFF JOHN BUND II
( 2:16-cv-00920-MJP) Page 2 of 5

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

Respectfully submitted this 1st day of February, 2018.

    LEE SMART, P.S., INC.

    By: s/PAMELA J. DEVET
        Pamela J. DeVet, WSBA No. 32882
        Kellan W. Byrne, WSBA No. 49825
        701 Pike Street, Suite 1800
        Seattle, WA 98101
        Telephone: 206-624-7990
        Email: pjd@leesmart.com
        Email: kwb@leesmart.com

    Attorneys for Defendant Safeguard Properties Management, LLC

STIPULATED MOTION REGARDING DISMISSAL OF CONVERSION CLAIM OF PLAINTIFF JOHN BUND II
( 2:16-cv-00920-MJP) Page 3 of 5

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

II.   ORDER OF THE COURT

It is so ordered.

Dated this **6** day of **Feb.**, 2018.

_____
The Honorable Marsha J. Pechman
United States District Judge

STIPULATED MOTION REGARDING DISMISSAL OF
CONVERSION CLAIM OF PLAINTIFF JOHN BUND II
( 2:16-cv-00920-MJP) Page 4 of 5

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| PAMELA J. DEVET | pjd@leesmart.com |
| KELLAN W. BYRNE | kwb@leesmart.com |

DATED at Wenatchee, Washington this 1st day of February, 2018.

By: s/CLAY M. GATENS
Clay M. Gatens, WSBA No. 34102
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA 98807-1688
Telephone: 509-662-3685
Fax: 509-662-2452
Email: ClayG@jdsalaw.com
Attorneys for Plaintiff

STIPULATED MOTION REGARDING DISMISSAL OF CONVERSION CLAIM OF PLAINTIFF JOHN BUND II ( 2:16-cv-00920-MJP) Page 5 of 5

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688