# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, et al., | CASE NO. C16-920 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Pursuant to a telephone conference with counsel for the parties held on March 27, 2018, the deadline for filing dispositive motions in this case is extended to **April 20, 2018.**

The clerk is ordered to provide copies of this order to all counsel.

Filed March 28, 2018.

                William M. McCool
                Clerk of Court

                s/Paula McNabb
                Deputy Clerk