# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, et al., | CASE NO. C16-920 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed Defendant's Motion to Amend Scheduling Order (Dkt. No. 231) and today conducted a telephonic conference with representatives of both sides. The outcome of the discussion (and the ruling on Defendant's motion) is as follows:

Defendant will be given an additional 14 days to respond to the Fourth Amended Complaint and an additional 7 days to respond to Plaintiffs' Motion for Preliminary Injunction. The dispositive motion deadline previously set on April 20, 2018 will remain in place.

The clerk is ordered to provide copies of this order to all counsel.

Filed: April 4, 2018.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk
