UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, et al., | CASE NO. C16-920 MJP |
| Plaintiffs, | MINUTE ORDER RE: MOTION TO FILE OVER-LENGTH BRIEF |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed Defendant's Motion to File Over-Length Brief in Response to Plaintiffs' Motion for Preliminary Injunction. (Dkt. No. 237).

The motion is DENIED.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed April 19, 2018.

                                  William M. McCool  
                                  Clerk of Court

                                  s/Paula McNabb  
                                  Deputy Clerk

MINUTE ORDER RE: MOTION TO FILE OVER-LENGTH BRIEF - 2