Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, personally, as Executor of the Estate of Richard C. Bund, deceased, S. SCOTT JAMES and NOEL L. JAMES, a married couple, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEGUARD PROPERTIES, LLC, a Delaware corporation,<br><br>Defendant. | No. 2:16-cv-920 MJP<br><br>STIPULATED MOTION TO CHANGE RESPONSE DEADLINE<br><br>(CLERK'S ACTION REQUIRED.)<br><br>**NOTED FOR MOTION:**<br>**APRIL 18, 2018** |

## I. STIPULATION

On February 16, 2018, the Court entered an order setting trial date, and setting the deadline to file dispositive cross-motions at April 6, 2018, with a deadline to respond on April 30, 2018. Dkt. # 220. The order states no replies will be filed. *Id*.

During a telephonic hearing on March 27, 2018, the Court granted additional time to file the cross-motions so the parties could address discovery issues. Dkt. # 225. However, the new order did not also change the response deadline stated in the order setting trial date. Dkt. # 220. Because Dkt. # 220 contains the usual language requiring leave of court to change deadlines in the order, the parties jointly request the Court to change the response deadline from April 30, 2018, to May 18, 2018. LCR 7(d)(1); 10(g).

STIPULATED MOTION TO CHANGE RESPONSE
DEADLINE - 1
2:16-cv-920 MJP

Because the deadline for motions was extended, and the response period contemplated under the local rules would be severely truncated if the response deadline were not also extended, good cause exists to extend the deadline for the parties to file responses to the cross-motions.

DATED this 18th day of April, 2018.

         JEFFERS, DANIELSON, SONN & AYLWARD, P.S.

         By: */s/ Clay M. Gatens*
          Clay M. Gatens, WSBA No. 34102
          Sally F. White, WSBA No. 49457
          Devon A. Gray, WSBA No. 51485
          Of Attorneys for Plaintiffs
          Jeffers, Danielson, Sonn & Aylward, P.S.
          2600 Chester Kimm Road
          P.O. Box 1688
          Wenatchee, WA 98807-1688
          509-662-3685
          ClayG@jdsalaw.com
          SallyW@jdsalaw.com
          DevonG@jdsalaw.com

DATED this 18th day of April, 2018.

         DAUDT LAW PLLC

         By: */s/ Michael D. Daudt*
          Mr. Michael D. Daudt, WSBA # 25690
          Associated Counsel for Plaintiff
          Daudt Law PLLC
          2200 Sixth Avenue, Suite 1250
          Seattle, WA 98121-1820
          (206) 445-7733
          mike@daudtlaw.com

DATED this 18th day of April, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ *Blythe H. Chandler*
   Beth E. Terrell, WSBA No. 26759
   Blythe H. Chandler, WSBA No. 43387
   Of Attorneys for Plaintiff John R. Bund, II
   Terrell Marshall Law Group PLLC
   936 N. 34th Street, Suite 300
   Seattle, WA 98103-8869
   (206) 816-6603
   bterrell@terrellmarshall.com
   bchandler@terrellmarshall.com

DATED this 18th day of April, 2018.

LEE SMART, P.S., INC.

By: /s/ *Pamela J. DeVet*
   Pamela J. DeVet, WSBA No. 32882
   Kellan W. Byrne, WSBA No. 49825
   Of Attorneys for Defendant
   Safeguard Properties Management, LLC
   Lee Smart, P.S., Inc.
   701 Pike Street, Suite 1800
   Seattle, WA 98101
   (206) 624-7990
   pjd@leesmart.com
   kwb@leesmart.com

DATED this 18th day of April, 2018.

KIRKLAND & ELLIS LLP

By: /s/ *Leonid Feller*
   Leonid Feller, Illinois Bar Number 6274905
   Admitted *pro hac vice*
   Of Attorneys for Defendant

Safeguard Properties Management, LLC
Kirkland & Ellis LLP
300 North LaSalle, Chicago, IL 60654
248-760-6812
leonid.feller@kirkland.com

STIPULATED MOTION TO CHANGE RESPONSE
DEADLINE - 4
2:16-cv-920 MJP

## II. ORDER

It is so ordered.

Dated this _19th__ day of    April, 2018.

*[signature: Marsha J. Pechman]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Clay Gatens
Ms. Devon A. Gray
Jeffers, Danielson, Sonn & Aylward, P.S.
2600 Chester Kimm Road
Wenatchee, WA 98801-811
clayg@jdsalaw.com
DevonG@jdsalaw.com

Mr. Michael D. Daudt
DAUDT LAW PLLC
2200 Sixth Avenue, Suite 1250
Seattle, Washington 98121
mike@daudtlaw.com

Ms. Beth E. Terrell
Ms. Blythe H. Chandler
Terrell Marshall Law Group PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103-8869
bterrell@terrellmarshall.com
bchandler@terrellmarshall.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

DATED this 18th day of April, 2018 at Seattle, Washington.

LEE SMART, P.S., INC.


By:/s *Pamela J. DeVet*
    Pamela J. DeVet, WSBA No. 32882
    Of Attorneys for Defendant
    Safeguard Properties Management, LLC

1  Lee Smart, P.S., Inc.
   701 Pike Street, Suite 1800
2  Seattle, WA 98101
   206-624-7990
3  pjd@leesmart.com
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATED MOTION TO CHANGE RESPONSE
DEADLINE - 7
2:16-cv-920 MJP