Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, personally, as Executor of the Estate of Richard C. Bund, deceased, S. SCOTT JAMES and NOEL L. JAMES, a married couple, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEGUARD PROPERTIES, LLC, a Delaware corporation,<br><br>Defendant. | No. 2:16-cv-920 MJP<br><br>STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>(CLERK'S ACTION REQUIRED.)<br><br>**NOTED FOR MOTION:**<br>**APRIL 27, 2018** |

## I. INTRODUCTION

Pursuant to LCR 5(g)(2) and the protective order in this case, Dkt. # 68, plaintiffs will file certain documents designated confidential under seal as exhibits D, E, and F to the Supplemental Declaration of Clay M. Gatens in Support of Plaintiffs' Motion for Preliminary Injunction ("Gatens Decl."). The parties jointly request the Court to grant this motion regarding those documents.

## II. STIPULATED STATEMENT OF FACTS

The parties entered into a stipulated protective order, which the Court signed March 22, 2017. Dkt. Nos. 67, 68. The order permits parties to designate documents as confidential, Dkt. # 68, p. 2 (¶ 2) and p. 4 (¶ 5.3), and to file confidential documents under seal in accordance with

LCR 5(g). Id., p. 4.

On Wednesday, April 25, 2018, Plaintiffs' counsel alerted defendant's counsel that plaintiffs intended to file materials from Safeguard's master services agreements with two of its clients – documents designated confidential pursuant to the protective order's enumerated categories of "master services agreements with clients," and relatedly, "client list." See Dkt. # 68, p. 2:2-5 (¶ 2(ii)-(iii)). The parties conferred pursuant to LCR 5(g)(1)(A) on Wednesday, April 25, 2018, and on Thursday, April 26, 2018, to discuss and to explore alternatives to filing documents under seal. Following several written communications, attorneys Devon Gray (for plaintiffs) and Pamela DeVet (for defendant) conferred via telephone. The parties certify the foregoing pursuant to LCR 5(g)(3)(A).

Plaintiffs do not challenge defendant's confidentiality designations in connection with the documents plaintiffs intend to file in support of their motion for class certification.

The Court previously granted the parties' stipulated motion to seal other documents from categories enumerated in the stipulated protective order. Dkt. # 89.

### III. AUTHORITY

For the reasons set out in the Court's Order sealing confidential documents, Dkt. # 89, pp. 2-10, and the evidence cited therein including Dkt. # 85, good cause and compelling reasons exist to seal Safeguard's confidential master services agreements with its clients. The parties jointly request that the Court grant this motion to seal those documents pursuant to the protective order and the requirements of the local rules.

DATED this 27th day of April, 2018.

        JEFFERS, DANIELSON, SONN &
        AYLWARD, P.S.


       By: */s/ Clay M. Gatens*
        Clay M. Gatens, WSBA No. 34102
        Sally F. White, WSBA No. 49457
        Devon A. Gray, WSBA No. 51485
        Of Attorneys for Plaintiffs
        Jeffers, Danielson, Sonn & Aylward, P.S.
        2600 Chester Kimm Road
        P.O. Box 1688
        Wenatchee, WA 98807-1688
        509-662-3685
        ClayG@jdsalaw.com
        SallyW@jdsalaw.com
        DevonG@jdsalaw.com

DATED this 27th day of April, 2018.

        DAUDT LAW PLLC


       By: */s/ Michael D. Daudt*
        Mr. Michael D. Daudt, WSBA # 25690
        Associated Counsel for Plaintiff
        Daudt Law PLLC
        2200 Sixth Avenue, Suite 1250
        Seattle, WA 98121-1820
        (206) 445-7733
        mike@daudtlaw.com

DATED this 27th day of April, 2018.

        TERRELL MARSHALL LAW GROUP

STIPULATED MOTION TO FILE DOCUMENTS
UNDER SEAL - 3
2:16-cv-920 MJP

| | |
|---|---|
| 1 | PLLC |
| 2 | |
| 3 | By: /s/ *Blythe H. Chandler* |
| | Beth E. Terrell, WSBA No. 26759 |
| 4 | Blythe H. Chandler, WSBA No. 43387 |
| | Of Attorneys for Plaintiff John R. Bund, II |
| 5 | Terrell Marshall Law Group PLLC |
| | 936 N. 34th Street, Suite 300 |
| 6 | Seattle, WA 98103-8869 |
| 7 | (206) 816-6603 |
| | bterrell@terrellmarshall.com |
| 8 | bchandler@terrellmarshall.com |
| 9 | DATED this 27th day of April, 2018. |
| 10 | LEE SMART, P.S., INC. |
| 11 | |
| 12 | By: /s/ *Pamela J. DeVet* |
| | Pamela J. DeVet, WSBA No. 32882 |
| 13 | Kellan W. Byrne, WSBA No. 49825 |
| | Of Attorneys for Defendant |
| 14 | Safeguard Properties Management, LLC |
| | Lee Smart, P.S., Inc. |
| 15 | 701 Pike Street, Suite 1800 |
| 16 | Seattle, WA 98101 |
| | (206) 624-7990 |
| 17 | pjd@leesmart.com |
| | kwb@leesmart.com |
| 18 | |
| 19 | DATED this 27th day of April, 2018. |
| 20 | KIRKLAND & ELLIS LLP |
| 21 | |
| 22 | By: /s/ *Leonid Feller* |
| 23 | Leonid Feller, Illinois Bar Number 6274905 |
| | Admitted *pro hac vice* |
| 24 | Of Attorneys for Defendant |
| | Safeguard Properties Management, LLC |
| 25 | Kirkland & Ellis LLP |
| | 300 North LaSalle, Chicago, IL 60654 |

STIPULATED MOTION TO FILE DOCUMENTS
UNDER SEAL - 4
2:16-cv-920 MJP

248-760-6812
leonid.feller@kirkland.com

STIPULATED MOTION TO FILE DOCUMENTS
UNDER SEAL - 5
2:16-cv-920 MJP

**IV. ORDER**

It is so ordered.

Dated this _30th__ day of April, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Clay Gatens
Ms. Devon A. Gray
Jeffers, Danielson, Sonn & Aylward, P.S.
2600 Chester Kimm Road
Wenatchee, WA 98801-811
clayg@jdsalaw.com
DevonG@jdsalaw.com

Mr. Michael D. Daudt
DAUDT LAW PLLC
2200 Sixth Avenue, Suite 1250
Seattle, Washington 98121
mike@daudtlaw.com

Ms. Beth E. Terrell
Ms. Blythe H. Chandler
Terrell Marshall Law Group PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103-8869
bterrell@terrellmarshall.com
bchandler@terrellmarshall.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

DATED this 27th day of April, 2018 at Seattle, Washington.

LEE SMART, P.S., INC.

By:/s *Pamela J. DeVet*
    Pamela J. DeVet, WSBA No. 32882
    Of Attorneys for Defendant
    Safeguard Properties Management, LLC

| | |
|---|---|
| 1 | Lee Smart, P.S., Inc. |
| 2 | 701 Pike Street, Suite 1800 |
| 3 | Seattle, WA 98101 |
|   | 206-624-7990 |
|   | pjd@leesmart.com |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

STIPULATED MOTION TO FILE DOCUMENTS
UNDER SEAL - 8
2:16-cv-920 MJP