Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, personally, as Executor of the Estate of Richard C. Bund, deceased, S. SCOTT JAMES and NOEL L. JAMES, a married couple, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEGUARD PROPERTIES, LLC, a Delaware corporation,<br><br>Defendant. | No. 2:16-cv-920 MJP<br><br>STIPULATED MOTION FOR A RULE 502(d) ORDER<br><br>(CLERK'S ACTION REQUIRED.)<br><br>**NOTED FOR MOTION:**<br>**MAY 8, 2018** |

The purpose of this stipulated proposed order is to expedite the flow of discovery material, facilitate the prompt resolution of disputes over privilege, and protect material to be kept confidential or privileged, pursuant to the Court's inherent authority, its authority under Federal Rule of Civil Procedure 26(c) and Federal Rule of Evidence 502(d), and the judicial opinions interpreting such Rules.

This stipulated proposed order is entered into pursuant to Rule 502(d) of the Federal Rules of Evidence. If a Producing Party discloses information in connection with the pending litigation that the Producing Party thereafter claims to be privileged or protected by the attorney-client privilege or attorney work product protection ("Disclosed Protected Information"), the disclosure of the

STIPULATED MOTION FOR 502(d) ORDER - 1
2:16-cv-920 MJP

Disclosed Protected Information shall not constitute or be deemed a waiver or forfeiture of any claim of privilege or work product protection that the Producing Party would otherwise be entitled to assert with respect to the Disclosed Protected Information and its subject matter in this proceeding or in any other federal or state proceeding.

A Producing Party may assert in writing attorney-client privilege or work product protection with respect to Disclosed Protected Information. The Receiving Party must—unless it contests the claim of attorney-client privilege or work product protection—within five business days of receipt of that writing, (i) return or destroy all copies of the Disclosed Protected Information, and (ii) provide a certification of counsel that all of the Disclosed Protected Information has been returned or destroyed. Within five business days of receipt of the notification that the Disclosed Protected Information has been returned or destroyed, the Producing Party must produce a privilege log with respect to the Disclosed Protected Information.

If the Receiving Party contests the claim of attorney-client privilege or work product protection, the Receiving Party must—within five business days of receipt of the claim of privilege or protection—provide the Producing Party a draft Local Civil Rule 37(a)(2) submission requesting disclosure of the Disclosed Protected Information (a "Disclosure Motion"). The Receiving Party must seek to file the Disclosure Motion under seal and must not assert as a ground for compelling disclosure the fact or circumstances of the disclosure, and may not disclose, rely on or refer to any of the Disclosed Protected Information. Pending resolution of the Disclosure Motion, the Receiving Party must sequester the Disclosed Protected Information and not use the Disclosed Protected Information or disclose it to any person other than as required by law.

Disclosed Protected Information that is sought to be reclaimed by the parties to this case pursuant to this stipulated proposed order shall not be used as grounds by any third party to argue that any waiver of privilege or protection has occurred by virtue of any production in this case.

The Producing Party retains the burden of establishing the privileged or protected nature of the Disclosed Protected Information. Nothing in this paragraph shall limit the right of any party to petition the Court for an *in camera* review of the Disclosed Protected Information.

Nothing in this stipulated proposed order shall relieve counsel for any Receiving Party of any existing duty or obligation, whether established by case law, rule of court, regulation or other source, to return, and not to review, any privileged or work product materials without being requested by the Producing Party to do so. Rather, in the event a Receiving Party becomes aware that it is in possession of what appears to be privileged documents or materials, then counsel for the Receiving Party shall immediately: (i) cease any further review or use of that document or material and (ii) notify the Producing Party of the apparent production of Disclosed Protected Information, requesting whether the documents or materials are Disclosed Protected Information. In the event the Producing Party confirms the documents or material are Disclosed Protected Information, the Receiving Party shall (i) promptly return or destroy all copies of the Disclosed Protected Information in its possession and (ii) take reasonable steps to retrieve all copies of the Disclosed Protected Information distributed to other counsel or non-parties.

DATED this 8th day of May, 2018.

                JEFFERS, DANIELSON, SONN &
                AYLWARD, P.S.

                By: *s/ Clay M. Gatens*
                    Clay M. Gatens, WSBA No. 34102

| | |
|---|---|
| 1 | Sally F. White, WSBA No. 49457 |
| 2 | Devon A. Gray, WSBA No. 51485 |
| | Of Attorneys for Plaintiffs |
| 3 | Jeffers, Danielson, Sonn & Aylward, P.S. |
| | 2600 Chester Kimm Road |
| 4 | P.O. Box 1688 |
| | Wenatchee, WA 98807-1688 |
| 5 | 509-662-3685 |
| | ClayG@jdsalaw.com |
| 6 | SallyW@jdsalaw.com |
| 7 | DevonG@jdsalaw.com |

DATED this 8th day of May, 2018.

DAUDT LAW PLLC

By: *s/ Michael D. Daudt*
Michael D. Daudt, WSBA No. 25690
Associated Counsel for Plaintiff
Daudt Law PLLC
2200 Sixth Avenue, Suite 1250
Seattle, WA 98121-1820
(206) 445-7733
mike@daudtlaw.com

DATED this 8th day of May, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By: *s/ Beth E. Terrell*
Beth E. Terrell, WSBA No. 26759
Blythe H. Chandler, WSBA No. 43387
Of Attorneys for Plaintiff John R. Bund, II
Terrell Marshall Law Group PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103-8869
(206) 816-6603
bterrell@terrellmarshall.com

bchandler@terrellmarshall.com

DATED this 8th day of May, 2018.

        LEE SMART, P.S., INC.


        By: *s/ Pamela J. DeVet*
         Pamela J. DeVet, WSBA No. 32882
         Kellan W. Byrne, WSBA No. 49825
         Of Attorneys for Defendant
         Safeguard Properties Management, LLC
         Lee Smart, P.S., Inc.
         701 Pike Street, Suite 1800
         Seattle, WA 98101
         (206) 624-7990
         pjd@leesmart.com
         kwb@leesmart.com

DATED this 8th day of May, 2018.

        KIRKLAND & ELLIS LLP


        By: *s/ Leonid Feller*
         Leonid Feller, Illinois Bar Number 6274905
         Admitted *pro hac vice*
         Of Attorneys for Defendant
         Safeguard Properties Management, LLC
         Kirkland & Ellis LLP
         300 North LaSalle, Chicago, IL 60654
         248-760-6812
         leonid.feller@kirkland.com

# I. ORDER

It is so ordered.

Dated this _11th__ day of May, 2018.

_[signature]_
The Honorable Marsha J. Pechman
United States Senior District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Clay Gatens
Ms. Devon A. Gray
Jeffers, Danielson, Sonn & Aylward, P.S.
2600 Chester Kimm Road
Wenatchee, WA 98801-811
clayg@jdsalaw.com
DevonG@jdsalaw.com

Mr. Michael D. Daudt
DAUDT LAW PLLC
2200 Sixth Avenue, Suite 1250
Seattle, Washington 98121
mike@daudtlaw.com

Ms. Beth E. Terrell
Ms. Blythe H. Chandler
Terrell Marshall Law Group PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103-8869
bterrell@terrellmarshall.com
bchandler@terrellmarshall.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

DATED this 8th day of May, 2018 at Seattle, Washington.

LEE SMART, P.S., INC.


By:/s *Pamela J. DeVet*
    Pamela J. DeVet, WSBA No. 32882
    Of Attorneys for Defendant
    Safeguard Properties Management, LLC

1
2  Lee Smart, P.S., Inc.
   701 Pike Street, Suite 1800
3  Seattle, WA 98101
   206-624-7990
4  pjd@leesmart.com
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATED MOTION FOR 502(d) ORDER - 8
2:16-cv-920 MJP