The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN R. BUND II, personally, as Executor of
the Estate of Richard C. Bund, deceased, S.
SCOTT JAMES and NOEL L. JAMES, a
married couple, and on behalf of others similarly
situated,

No.  2:16-CV-920-MJP

Plaintiff,

v.

SAFEGUARD PROPERTIES, LLC, a Delaware
corporation,

Defendant.

████████ ORDER
GRANTING MOTION FOR
LEAVE TO SUPPLEMENT
DECLARATIONS OF
STEVE MEYER

THIS MATTER came before the Court on defendant Safeguard Properties, LLC's

Motion for Leave to Supplement the Declarations of Steve Meyer.  Having considered the

motion, the supporting exhibits, and the papers, if any, submitted in response thereto,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.  Defendant is

granted leave to file its Second Supplemental Declaration of Steve Meyer (Updating Dkt. Nos.

246 and 249).

IT IS SO ORDERED.

DATED this 31st day of July, 2018.

_Marsha J. Pechman_ (signature)

Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO
SUPPLEMENT THE DECLARATIONS OF STEVE MEYER
(No.  2:16-CV-920-MJP) - 1

1    Presented by:

2    KIRKLAND & ELLIS LLP

3

     By *s/ Leonid Feller*
4        Leonid Feller, Illinois Bar Number 6274905
         Admitted *pro hac vice*
5        R. Allan Pixton, Illinois Bar Number 6302763
         Admitted *pro hac vice*
6        Of Attorneys for Defendant
         Safeguard Properties Management, LLC
7        Kirkland & Ellis LLP
         300 North LaSalle, Chicago, IL 60654
8        Telephone:  312-862-2000
         E-mail: leonid.feller@kirkland.com
9        E-mail: allan.pixton@kirkland.com

10   DAVIS WRIGHT TREMAINE LLP

11   By *Mark N. Bartlett*
         Mark N. Bartlett, WSBA #15672
12       Jaime Drozd Allen, WSBA #35742
         1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045
13       Telephone: 206.622.3150
         Fax: 206.757.7700
14       E-mail: markbartlett@dwt.com
         E-mail: jaimeallen@dwt.com
15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING MOTION FOR LEAVE TO
SUPPLEMENT THE DECLARATIONS OF STEVE MEYER
(No.  2:16-CV-920-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax