UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>SAFEGUARD PROPERTIES LLC, <br><br>　　　　　　　Defendant. | CASE NO. C16-920 MJP <br><br> ORDER ON MOTION FOR PROTECTIVE ORDER |

The above-entitled Court, having received and reviewed the LCR 37 Joint Submission Regarding Plaintiffs' Motion for Protective Order (Dkt. No. 313), all attached declarations and exhibits, and the related record, rules as follows:

IT IS ORDERED that the motion is GRANTED insofar as the parties are to schedule no further depositions (with the exception of the second deposition of class representative Mr. Bund) until the Court has ruled on all the motions currently pending in this matter.[1]

---

[1] The Court believes that the following motions are still outstanding as of the date of this order: (1) Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 226), (2) Plaintiffs' Motion for Approval of Class Notice and Plan (Dkt. No. 234), (3) Plaintiffs' Motion for Summary Judgment (Dkt. No. 242), (4) Defendant's Motion to Dismiss

IT IS FURTHER ORDERED that, once the stay on depositions is lifted, all depositions over ten (10) must be either consented to by the parties or approved by the Court.

IT IS FURTHER ORDERED that Plaintiffs' request to be reimbursed for attorney fees and deposition costs is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 9, 2018.

_____
Marsha J. Pechman
United States District Judge

---

(Dkt. No. 244), (5) Defendant's Motion for Partial Summary Judgment (Dkt. No. 245), (6) Defendant's Motion to Set Status Conference (Dkt. No. 284), and (7) Defendant's Motion to Decertify Class (Dkt. No. 309).