UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II,<br><br>                    Plaintiff,<br><br>    v.<br><br>SAFEGUARD PROPERTIES LLC,<br><br>                    Defendant. | CASE NO. C16-920 MJP<br><br>ORDER ON MOTION TO SET STATUS CONFERENCE |

The Court has received and reviewed Defendant's Motion to Set Status Conference and to Address Apparent Fraud on the Court and Possible Perjury by Plaintiff John R. Bund, II (Dkt. No. 284), Plaintiff's Response to Motion to Set Status Conference and to Address Apparent Fraud on the Court and Possible Perjury by Plaintiff John R. Bund, II (Dkt. No. 291), all attached declarations and exhibits, and rules as follows:

IT IS ORDERED that the motion is DENIED.

The Court notes that the issues raised by Defendant in this motion are addressed in a substantive fashion in the pending Motion to Decertify the Class (Dkt. No. 309) which comes

ORDER ON MOTION TO SET STATUS CONFERENCE - 1

ripe on August 24, 2018. The Court sees no need to confer with the parties in the interim and will address the substantive issues concerning Plaintiff Bund's status and its effect on this class action when those issues have been fully briefed.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 15, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge