# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, et al., | CASE NO. C16-920 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

In the middle of the briefing schedule for Defendant's Motion to Decertify Class, the Court issued an Order on Cross-Motions for Summary Judgment which held that Plaintiffs would not be permitted to pursue their statutory claims against Defendant for any conduct which occurred prior to the Washington Supreme Court's ruling in Jordan v. Nationstar Mortg., LLC, 185 Wn.2d 876 (2016). (Dkt. No. 320.)

1 | In reviewing the briefing on Defendant's Motion to Decertify Class, it has become apparent that the ruling on the pre-Jordan claims will have an impact on the issue of decertification, and that both sides should have an opportunity to more fully brief the subject. With that in mind,

IT IS ORDERED that both sides are to submit briefing (not to exceed 10 pages) on the effect of the Court's ruling regarding Plaintiffs' pre-Jordan claims on the issue of decertifying the class; both sides' briefing shall be due no later than **September 14, 2018.**

IT IS FURTHER ORDERED that Defendant's Motion to Decertify Class is re-noted to **September 14, 2018.**

The clerk is ordered to provide copies of this order to all counsel.

Filed August 30, 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk