UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, | CASE NO. C16-920 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEGUARD PROPERTIES LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received and reviewed the Memorandum and Mandate of the USCA (Dkt. Nos. 355 and 356) in the above-entitled matter. The parties are directed to meet and confer and file with the Court a joint status report representing their assessment of the status of the case, the next indicated steps, and (if appropriate) a proposed trial schedule.

The joint status report must be filed no later than close of business on **Friday, August 14, 2020.**

The clerk is ordered to provide copies of this order to all counsel.

Filed August 5, 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk