UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. BUND II, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAFEGUARD PROPERTIES LLC, <br><br> Defendant. | CASE NO. C16-920 MJP <br><br> ORDER DENYING REQUEST TO FILE OVERLENGTH BRIEF |

Defendant filed a motion asking for leave to file an overlength brief. (Dkt. No. 370.) Defendant believes that the Court's scheduling order permits it to file both a motion for summary judgment and a separate motion addressing the typicality and adequacy of the named plaintiffs. (Id.) The Court made no such allowance. Defendant was given a deadline by which to file a single motion for summary judgment that could also address typicality and adequacy. Per the Local Rules, Defendant may file only one brief of no more than 24 pages to support its summary judgment motion, including any challenge to typicality and adequacy. See Local Rule 7(e)(3).

\\

ORDER DENYING REQUEST TO FILE OVERLENGTH BRIEF - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated December 7, 2020.

   _____
   Marsha J. Pechman
   United States District Judge

ORDER DENYING REQUEST TO FILE OVERLENGTH BRIEF - 2